1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| HERBALIFE INTERNATIONAL, INC., a Nevada corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ADIDAS AG, a German corporation,<br><br>　　　　Defendant. | Case No: CV09-04341 AHM FJWx<br><br>**[ORDER APPOINTING APS INTERNATIONAL, LTD. AS SPECIAL PROCESS SERVER** |

1

[PROPOSED] ORDER APPOINTING APS INTERNATIONAL, LTD. AS SPECIAL PROCESS SERVER
CASE NO. CV09-04341 AHM (FJWx)

LACA_2255440.1

The Court has read and considered plaintiff HERBALIFE INTERNATIONAL, INC.'s Application for Issuance of Order Appointing APS International, Ltd. as Special Process Server and finds good cause for granting the request.

THEREFORE, **IT IS HEREBY ORDERED**, that APS International, Ltd., including its designated agents, is appointed and authorized to effect service of process on the defendant, ADIDAS AG, in Germany. Service has already been effected on the defendant, ADIDAS AG, in the United States via one of its wholly-owned subsidiaries in Delaware and via its United States trademark agent. Service in Germany shall be effected according to any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

DATED:    7/2 , 2009

HONORABLE. HOWARD MATZ
United States District Court Judge