O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4341 AHM (PJWx) | Date | August 25, 2009 |
|---|---|---|---|
| Title | HERBALIFE INTERNATIONAL, INC. v. ADIDAS SALOMON AG | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Kendra Bradshaw | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

Defendant "adidas AG" moves to stay this case temporarily because it filed a nearly identical action in the District of Oregon against Plaintiff Herbalife International before Herbalife filed this action. Both cases concern alleged trademark infringement and alleged breaches of a settlement agreement between the parties. There are three pending motions in the Oregon case: (1) Herbalife's motion to dismiss for lack of jurisdiction; (2) adidas AG's related motion for jurisdictional discovery; and (3) adidas AG's motion to enjoin Herbalife from pursuing its action in this case, pursuant to the first-to-file rule.

Herbalife does not oppose a stay in this case, but requests that the stay be entered with certain conditions attached.[1] Having considered the parties' briefs, the Court GRANTS the motion for temporary stay[2] in the interests of judicial efficiency and comity and hereby ORDERS as follows:

1.    This case is STAYED, and the Court Clerk shall take this case off the active

---

[1] They are: (1) That the temporary stay be automatically lifted upon the Oregon Court's ruling on Herbalife's motion to dismiss (but not on the motion to enjoin Herbalife's pursuit of this action); (2) That the Court set a deadline for adidas AG to file an Answer or other responsive pleading twenty days after the temporary stay is lifted; (3) That Herbalife's international process server be allowed to continue attempts to serve adidas AG in accordance with the Hague Convention

[2] Docket No. 10.

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4341 AHM (PJWx) | Date | August 25, 2009 |
|---|---|---|---|
| Title | HERBALIFE INTERNATIONAL, INC. v. ADIDAS SALOMON AG | | |

calendar list.

     2.     If the Oregon court (1) dismisses adidas AG's action due to lack of personal jurisdiction, or (2) rules on the first-to-file motion, the parties shall file a joint status report with this Court not later than five days after the relevant ruling, and, if appropriate, they should also file a proposed order setting forth a deadline for adidas AG to file a responsive pleading in this action.

     3.     The Court cannot decide at this time whether Defendant adidas AG has been served properly, as the parties have not provided full briefing on that issue. There is no bar to Herbalife attempting to serve adidas AG with its pleading in this action in accordance with the Hague Convention.

     No hearing is necessary. Fed. R. Civ. P. 78; L. R. 7-15.

|  | : |  |
|---|---|---|
| Initials of Preparer | | KB |