AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California__ on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO.<br>CV09-04341 AHM PJWx | DATE FILED<br>6/16/2009 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>HERBALIFE INTERNATIONAL, INC., a Nevada corporation | | DEFENDANT<br>ADIDAS SALOMON AG, a German corporation |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 973,161 | 11/20/1973 | adidas AG |
| 2 | 1,310,140 | 12/18/1984 | adidas AG |
| 3 | 3,104,117 | 6/13/2006 | adidas AG |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| "SEE ATTACHED MINUTE ORDER" |

| CLERK<br>TERRY NAFISI | (BY) DEPUTY CLERK<br>J. Lam | DATE<br>9/22/2009 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. _____    Date _____

Title: _____

Present: The Honorable _____

_____    _____    _____
Deputy Clerk                                   Court Reporter / Recorder                      Tape No.

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

Proceedings:   ☐ In Court      ☐ In Chambers      ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer _____

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4341 AHM (PJWx) | Date | August 25, 2009 |
|---|---|---|---|
| Title | HERBALIFE INTERNATIONAL, INC. v. ADIDAS SALOMON AG | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Kendra Bradshaw | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:         Attorneys **NOT** Present for Defendants:

**Proceedings:**       IN CHAMBERS (No Proceedings Held)

Defendant "adidas AG" moves to stay this case temporarily because it filed a nearly identical action in the District of Oregon against Plaintiff Herbalife International before Herbalife filed this action. Both cases concern alleged trademark infringement and alleged breaches of a settlement agreement between the parties. There are three pending motions in the Oregon case: (1) Herbalife's motion to dismiss for lack of jurisdiction; (2) adidas AG's related motion for jurisdictional discovery; and (3) adidas AG's motion to enjoin Herbalife from pursuing its action in this case, pursuant to the first-to-file rule.

Herbalife does not oppose a stay in this case, but requests that the stay be entered with certain conditions attached.[1] Having considered the parties' briefs, the Court GRANTS the motion for temporary stay[2] in the interests of judicial efficiency and comity and hereby ORDERS as follows:

1.       This case is STAYED, and the Court Clerk shall take this case off the active

---

[1] They are: (1) That the temporary stay be automatically lifted upon the Oregon Court's ruling on Herbalife's motion to dismiss (but not on the motion to enjoin Herbalife's pursuit of this action); (2) That the Court set a deadline for adidas AG to file an Answer or other responsive pleading twenty days after the temporary stay is lifted; (3) That Herbalife's international process server be allowed to continue attempts to serve adidas AG in accordance with the Hague Convention

[2] Docket No. 10.

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4341 AHM (PJWx) | Date | August 25, 2009 |
|---|---|---|---|
| Title | HERBALIFE INTERNATIONAL, INC. v. ADIDAS SALOMON AG | | |

calendar list.

     2.     If the Oregon court (1) dismisses adidas AG's action due to lack of personal jurisdiction, or (2) rules on the first-to-file motion, the parties shall file a joint status report with this Court not later than five days after the relevant ruling, and, if appropriate, they should also file a proposed order setting forth a deadline for adidas AG to file a responsive pleading in this action.

     3.     The Court cannot decide at this time whether Defendant adidas AG has been served properly, as the parties have not provided full briefing on that issue. There is no bar to Herbalife attempting to serve adidas AG with its pleading in this action in accordance with the Hague Convention.

     No hearing is necessary. Fed. R. Civ. P. 78; L. R. 7-15.

|  | : |  |
|---|---|---|
| Initials of Preparer | KB | |